DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEROY JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3887

[March 18, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 062009CF007528A88810.

Leroy Johnson, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Lewis v. State*, 413 So. 3d 148, 150 (Fla. 4th DCA 2025).

MAY, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***